## XEZONATOS et al. v. CULINARY LOCAL NO. 172 OF THE HOTEL AND RESTAURANT EMPLOYEES INTERNATIONAL, etc., LEAGUE OF AMERICA et al.

No. 18548.  Opinion Filed Sept. 24, 1929.

Williams and Norton, for plaintiffs in error.

G. L. Bynum and George T. Bonstein, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for failure of the defendants in error to file brief as required by rule seven of this court.